October 15, 2014

To Whom It May Concern:

Matthew is the youngest of our four children. His mother is the oldest of nine children born to a dairy farmer and I was the second son of five children born to a livestock farmer. We attended a small rural school in central Illinois.

Matthew's mother became an elementary teacher and I a Vocational Agriculture instructor in the high school where I taught Vo-Ag, Chemistry, and General Science to high school students, and carpentry, welding, etc. to the adults in the community. Being a vocational agricultural instructor, I was also the advisor to the FFA, a tremendous program for rural high school students where they learned and participated in a number of leadership programs such as parliamentary procedure (conducting meetings ), public speaking record keeping,and a number of other programs that make outstanding adults for future leadership in our communities,states, and nation. Matthew was a very active member of the FFA.

Matthew, his brothers and sister helped turn the high school where younger students looked up to athletes rather than the "Druggies". Matthew's sister helped start the girls' high school basketball team as well a being a cheerleader which she continued in college. All four of the children have their college degrees and are quite successful in their lives.

Matthew started as a freshman on the high school basketball team with his older brother. The rest of the team were seniors. They ended the year with a school record of 24-3.. At the end of the year when they handed out the awards, Matthew and his brother took them all. Matt beat his brother by one point in scoring. The next year they were 23-6.

-2-

Due to a job location change, Matthew took the new school to number 2 rating in the state in basketball, plus quarterbacking the football team and running track, throwing the shot and discus and running the 440 yard dash and the mile relay. He also participated in many other school activities, including the swing choir and the band.

As Matthew's brothers and sister were in their schools, I changed location again. Three different schools in four years but Matthew handled the changes very well. At this location, Matthew took a very poor team in football to the semifinals in the state. Because of his outstanding play, he was recruited to Illinois State University by the offensive cordinator. After fall practice, the OC wanted to start Matthew but the head coach would not allow it so the OC quit and the team went 3-6. Matthew stayed one more year and it worked out quite well. He and another boy were selected by Walt Disney to participate in their management training in Orlando, Florida. Matthew loved their program as did his family as we spent many hours enjoying the Orlanda area. After two years Disney sent them back to finish their education. During that time, Matthew and his brother took their fraternity to the national champship at the Marti Gras in flag football.

Matthew met his wife when he went back to Disney. They had two different faiths to work with but decided to convert to the Catholic faith whick they still are today. They have three wonderful children, two boys and
a girl. The oldest boy is finishing high school with a 4.2 grade point on a 4.0 scale due to the college courses he is taking. He also is a member
of the public speaking and the debate teams. With Matthew's help and guidence, he is starting his own business. His sister is on the traveling volleyball and basketball team while maintaining an excellent GPA.
The youngest son is the university town's athelete "to watch". He quartbacked the youth football team with his father's coaching to an undefeated season with no one getting within 40 points. Now he goes to basketball, Watch out!!.

As you can see, Matthew is tremendous father, provider, and councellor for his family and the sky is the limit for his children.

*Matthew's father*

-3-

As you can tell, Matthew is a special kind of person. He has helped out his family, his wife's family, the church, his communities, and his personal family in times of need. Any father would be proud to have a son like Matthew.

*Harry Carly*