# EXHIBIT B

4-10-14

Dear Judge Hilton,

I feel I must write a letter to you regarding my son-in-law Matthew Carley. We have known and loved Matt for over 18 years. He met our daughter Kimberly when she was a flight attendant with Delta airlines, based in Orlando, Florida. She was so excited when she met and started dating Matt, and would call us regularly to talk about her great fortune in meeting someone that had all the values and integrity she felt was so important in a husband. He was close to his family in Illinois, and while he was living in Orlando, had let his brother, Doug stay with him expense free so Doug could save enough money to bring Doug's wife and infant daughter to Florida.

He has remained friends with people he has known from elementary school. Always the friend to turn to for advice or help in any way he could. He is a true friend and a very genuine young man. Unfortunately very naïve, because he would never take advantage of a situation or a person, and just assumes that he would not be taken advantage of either. He trusts everyone, or at least he did before all this happened.

Matt is one of the best Dad's I have ever come across, his family is his life. He coaches his boys and daughter's sports teams and is totally committed to being the best he can be. He is a loving husband to our daughter. What more could a parent want than to have their son-in-law love their daughter as much as we love her.

I know Matt has made some bad decisions, but they were not made out of a criminal nature he simply trusted the wrong person. I know Matt has suffered through this process in the last five years, and putting him away for doing something unintentional seems like an unfair decision also.

I pray you take into consideration the fact that he has never done anything criminal in his life and that you will be totally fair with Matt.

thank you for reading this letter.

Elaine Bolton