# EXHIBIT C

Dear Judge Hilton,

I am sure you have heard it all before, "My husband does not deserve incarceration". I would like to tell you why my husband is different. I met Matt, my husband in 1997. I was working as a flight attendant for Delta airlines. Frankly, I did not think I was ever going to get married. I was very "picky" as my mother would point out and I couldn't agree more. I had not found a partner that I ever felt was good enough to become the future father of my children, until I met Matt. Matt was and is one of the kindest, compassionate and sensitive men I have ever met. I would be proud to have my sons be just like him. He is not perfect and if he has faults I would say one of them is trusting people who shouldn't be trusted. He has been burned a few times by people he thought were his friends. I think it is hard for him to accept due to his kind nature, that someone is taking advantage of him. He just can't believe that someone would do that, especially when he has developed a friendship with this person. This event that happened 5 years ago has taken a toll on Matt and our marriage. He has grown distant and has suffered health issues as well. His weight has gotten out of control, he has had anxiety attacks and recently suffered with shingles. Since this happened he has stopped working in the stock business and has totally given up on trusting anyone in that industry anymore. I am happy he is looking for other areas of income where he can rely on himself and not others. He is a very hard worker and has been the sole source of income for our family allowing me to stay home and take care of our three children.

I was raised without my biological father and it took many years for me to heal from the pain of my parents separation. I rebelled in my teenage years and finally got my act together my second year in college. I know how an absent father can play a role in the behavior of teenagers. Matt and I have worked so hard to make sure our children feel confident and secure in their life. Matt has always played a significant role in being involved in our children's lives. They have what I didn't, and because of that, they are thriving in school and have many friends. Our oldest son, Matthew is especially close with his Dad and shares his entrepreneur spirit. Matt has encouraged Matthew to challenge himself with Speech and Debate at his high school and he is loving it! My husband has that "Reach for the stars!" attitude and that has really transferred to our children. It is so drastically different than the way I was raised. Growing up for me, negative was the norm at our house. Matt is such a confidence booster to all of us.

I am worried that if Matt is put away for any time that it will have grave consequences on our family. We live very far away from any family members and I would be on my own to raise our children. Matt has been the bread winner since we had our first child. I know my husband feels tremendous guilt about what happened 5 years ago. He has lived with it for 5 years. Between the attorney fees and the toll this has taken on his health I just don't see why any further punishment would make a difference. I feel he has suffered enough. He is a productive member of society and is always active in the community. He has coached children's basketball and football every year since the children were able to participate. Matt has also been a financial

help to his mother and mine as well. He has a hard time saying no to anyone when they need help. One of the many reasons I love him so much. Please, I beg of you sir, do not send him away from us. His punishment has been ongoing since this happened and he needs to move on with his life now. I know he learned a valuable lesson. Please don't take away the one person that seems to hold our family together. We need him now more than ever.

Sincerely, Kimberly Carley