# EXHIBIT D

From Matthew's Mom
        Caroline Carley Casley

I am proud to be Matt's mom.
He is an outstanding son.  He is good, kind and respectful to all he meets.

He is a great husband and the Greatest Dad.

Always putting other people before himself.

His teachers from Kindergarten thru high school found him to be very respectful and enjoyed having him in their classes.

He was a great athlete.  He was recruited by Illinois State University, Bloomington, IL. to play football.  He excelled in basketball, Football, track and baseball.

Matt held many class offices in Jr. High and High School.

Matt never caused us any trouble at anytime.

Matt played trombone in the band.  He was in swing choir. Participated in school plays.

Matt was confirmed in the Trinity Lutheran Church in El Paso, IL.  Sang in the church choir.

He has always been so helpful to me and our family. Matt let my husband and I stay in his house for 10 years rent-free. That allowed us to save up enough money to not have to work at my age. He has always helped me out financially ever since he was in college since his father and I have been divorced. I remember when his older brother was graduating from high school and did not have a suit. Matt took his money he made from walking beans and working in the corn fields and bought him a suit so he could wear it to graduation. I also remember when his oldest brother got married and could not afford a nice reception, Matt worked a deal out with a really nice Hotel where he was working in the summer in college to have the reception there and have a nice buffet for him, of which Matt paid for. I have a lot of stories like this that Matt had given for his family and friends.

I love him so very much.

Matt was very safety conscious.  He would always make sure before we left the house that his sister's curling iron was unplugged!

Matt is an honest, loving son almost to a fault. Matt wants' to believe in everyone and that everyone is out for his best interest, which as we know is not always the case. We have taught all our children to be honest and forth right and if they were apart of something that was wrong they need to come forth and take responsibility for his actions of which I believe Matt is doing. He is a great son, a wonderful husband and the world's best father. He will except his punishment and move on from this with a very heavy price that has been paid to his family and his health

Thank you for reading this.

Sincerely,

Caroline A. Carley
Matt's Mom