# EXHIBIT E



Jerry Locati, A.I.A.

Steve Locati, A.I.A.

Kyle Tage, A.I.A.

Greg Dennee, A.I.A.

November 24, 2014

The Honorable Judge Hilton
United States of District Court, US District Court
   For Eastern District of Virginia
Albert V. Bryan US Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re: Matthew Carley

Dear Judge Hilton,

    This is a Letter of Character regarding Matthew Carley.

    My name is Steve Locati. I am an architect and owner of a successful architecture firm in Montana. Our firm has done work throughout the United States and Canada with a long list of clientele with broad ranging and diverse backgrounds. I have been fortunate enough to work in a field that allows, if not requires me, to intimately get to know my clients. Most of which have interesting and compelling business backgrounds and stories.

    I consider Matthew Carley my dearest and closest friend though our relationship is all of 5 years old. In this short time he and I have shared and developed a friendship that has surpassed most I have experienced in my life. Matt and I met as a result of the friendship our sons began as classmates in kindergarten. We quickly found common ground through our similarities in raising our children and dedication to our families. I find strong confident parents who not only spend time with their kids, but actually participate in their daily lives in a meaningful and constructive way, a rarity these days. I have not only been impressed with Matt's dedication to his family but have often been inspired by it. Through traditional and similar loving parenting beliefs Matt and I found common ground of which we have unintentionally built a true friendship.

    Matt and I have coached alongside each other for 4 years forming a following of parents who continually request that their kids be on our basketball and football teams. Not only because of our teams successes but because of how Matt has taught these kids the value of

LOCATI
ARCHITECTS, P.L.L.C.
1007 E. MAIN, STE. 202
BOZEMAN, MT 59715
406-587-1139
FAX 587-7369

sportsmanship, creating a structured and safe environment for them to be challenged, learn, flourish and be held responsible for their actions. What most consider a "gift" to relate to children and others is the essence of Matt's character. He is truly the most sincere, kind and accepting person I have ever met.

In trusting confidence Matt has shared with me much of his story and situation of the conspiracy charges that he is now facing. I have witnessed the excruciating stress and difficulty he has endured. I have witnessed firsthand the mental and physical toll this investigation has had on him, his wife and all three of his children. I have spent many hours in coffee shops, on the phone and after practices consoling and praying with my friend on how to make it through one more day of uncertainty. I have seen the added stress his family has endured as we spend holidays, birthdays and the occasional Sunday dinners together.

As a very principle driven individual I have always, and still do, believe that just punishments are simply the consequences of a person's actions. Being intimately familiar with Matt and the circumstances in which he has found himself, I strongly believe that he has served his debt, and then some, for what I understand to have been his involvement in the charges he faces. Matt's health has deteriorated on all levels. His wife, Kimberly, has endured much of the same ramifications to her health as she has been dealing with the prospect of raising three young children absent of the father who is involved in their lives on a daily basis. Most concerning to me is the impact on his children; Matthew Jr, Adeline and Adam. All of which are at vulnerable crossroads in their childhood. More so than any other parents I know, Matt and Kimberly are extremely hands-on in their parenting. The prospect of uprooting Matt for any amount of time would have a devastating impact on these children for the rest of the lives.

I am saddened and concerned that a sentence that separates this extremely cohesive and bonded family will have detrimental impact on generations to come. I have seen my friend suffer unimaginable heartache, stress and a notable decline in his health. I have listened helplessly as he shared aspects of his story between sobs... and I have prayed with my friend that justice be served within an appropriateness equal to any of his wrong doings with consideration of the punishment already endured.

From what I have learned, through my close relationship with Matt, I strongly believe there was a level of naiveté on the side of my friend born from his overly trusting tendencies. I unequivocally do not believe that a sentence that detaches Matt from his family will alleviate

any debt to society and that the consequences of any incarceration would do a greater injustice to his family and to all in our community who have benefited from knowing Matt. For what it is worth, I have witnessed the desperation of a great man who has realized his mistakes, admitted his level of involvement and who has suffered greatly as a result.

    Thank you for the service you do… And thank you for your time and consideration to my thoughts on this matter.

With all due respect,

*Steve Locati*

Steve Locati